## The President and Directors of the Bank of New Brunswick v. Edward Welsted.

Where a notice of amercement had been given and waived, and the Sheriff afterwards advertised the property of defendants for sale, and notified the plaintiff thereof and adjourned several times for want of bidders, the Court would not at the second term after waiver of said notice order the Sheriff amerced.

---

*Scott* moved to amerce the Sheriff of Hunterdon. *Wurts* for the sheriff, stated that at September Term last, when notice of amercement had also been given, the attorney of the plaintiffs had, at the request of the defendant, waived the emercement and given him time; that the sheriff, without farther instructions, had advertised the property of the defendant for sale directly after the November Term, and had given notice to the plaintiffs who did not attend; that no bidders appearing two or three adjournments had been made, and the sale now stood adjourned to a short day.

*Scott* replied that he was of counsel for the plaintiffs, and the attorney on record was not present, and he could neither admit nor deny the statement made on the part of the sheriff.

BY THE COURT.—Let a short time be taken to inquire into the matter. If the statement be correct the sheriff has been guilty of no neglect.

The motion was not again pressed.